IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JENA HECKER, on behalf of herself and others similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 1:21-cv-0349 |
| v. | )<br>)<br>) |
| EASY HEALTHCARE CORPORATION | )<br>)<br>) |
| Defendant. | ) |

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT**

Plaintiff Jena Hecker ("Plaintiff"), with the consent of Defendant Easy Healthcare Corporation ("Defendant" or "EHC"), respectfully moves this Court for final approval of the class action settlement preliminarily approved by this Court on August 23, 2023 (Doc. 72). Plaintiff hereby provides this Motion filed along with her Memorandum in Support. In support of this Motion, Plaintiff states:

1. After two years of contested litigation, which included disclosures, motion practice, and extensive written discovery exchanges, the parties reached an agreement with the assistance of a seasoned mediator to resolve this breach of contract, common law fraud, and statutory fraud class action on behalf of a nationwide settlement class.

2. To that end, Defendant EHC agreed to create a Gross Settlement Fund not to exceed $750,000 for the benefit of the following settlement class: "All persons located in the United States who have registered to use EHC's Premom application onto their smart phones, tablets, or laptop computers with the Android or iOS operating software systems from October 2017 through the present."

1

3. The settlement will provide $30 cash payments to each participating settlement class member, *i.e.*, those who submitted timely and valid claim forms.

4. On August 23, 2023, this Court granted preliminary approval of the settlement and its terms. (Doc. 72). In paragraphs 4 and 5 of its Order, the Court explained its reasoning as follows:

> The Settlement appears to be fair, reasonable, and adequate. It is in the best interests of the Premom Consumer Class and should be preliminarily approved. This is true especially in the light of the benefits to the settlement class accruing therefrom; the substantial discovery and investigation conducted by Class Counsel prior to the proposed Settlement; the complexity, expense, risks, and probable protracted duration of further litigation; and given the financial condition of EHC, and the Plaintiff's ultimate ability to collect.
>
> The Court has reviewed the terms and conditions of the Parties' Settlement, including the monetary relief provisions, the Plan of allocation, the Released Claims, and the Parties' detailed description of the Settlement regarding the claims. Based on these papers and the Court's familiarity with this case, the Court finds that the proposed Settlement is the result of extensive, arms-length negotiations between the Parties after Class Counsel and EHC's counsel had fully investigated the claims and become familiar with the strengths and weaknesses of Plaintiff's claims. The assistance of an experienced mediator and the length of the mediation process confirms that the settlement is not collusive. Based on all these factors, the Court finds that the proposed settlement has no obvious defects and is within the range of possible settlement approval such that notice to the class members as set forth in the Settlement is appropriate.

5. As the Court itself acknowledged, the settlement, which provides meaningful monetary relief to each participating settlement class member, is fair, reasonable, adequate, and in the best interest of the settlement class members.

6. Accordingly, Plaintiff and her counsel respectfully request that this Court enter the accompanying agreed (proposed) order granting final approval.

7. Plaintiff also submits and incorporates by reference her memorandum in support of this unopposed motion for final approval of class action settlement.

Respectfully submitted,



Brendan J. Donelon, N.D.Ill #43901
4600 Madison, Suite 810
Kansas City, Missouri 64112
Tel: (816) 221-7100
Fax: (816) 709-1044
brendan@donelonpc.com

*/s/ Daniel W. Craig*
Daniel W. Craig, N.D.Ill #6230845
6642 Clayton Rd., #320
St. Louis, Missouri 63117
Tel: (314) 297-8385
Fax: (816) 709-1044
dan@donelonpc.com

**Attorneys for Plaintiff**

Kenneth C. Apicella
Drost, Gilbert, Andrew & Apicella, LLC
4811 Emerson, Ste. 110
Palatine, IL 60067
847-934-6000
kca@dgaalaw.com

Plaintiff's Local Counsel for Service under LR 83.15

Certificate of Service

    I hereby certify that a copy of the above and foregoing was sent on November 22, 2023 via the Court's CM/ECF system to all counsel of record entered on this matter.

*/s/ Daniel W. Craig*
Attorney for Plaintiff