**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Jena Hecker

                        Plaintiff,

v.                                                          Case No.: 1:21–cv–00349
                                                                       Honorable Steven C. Seeger

Easy Healthcare Corporation

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 20, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: Status hearing held on December 20, 2023. For the reasons stated on the record, the unopposed motion for final approval of class action settlement (Dckt. No. [73]) and the motion for award of attorneys' fees costs and service award (Dckt. No. 75]) are granted. The Court finds that the settlement is fair and reasonable, and satisfies the requirements under Rule 23. Order to follow. Counsel shall submit a proposed order approving the settlement, and a proposed final judgment order, to the Court's proposed inbox: proposed_order_seeger@ilnd.uscourts.gov. The parties settled. The case is closed. Civil case terminated. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.